**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TOMMY LEE WAUGH #47088-074
USP Marion, Illinois, P.O. Box 1000
Marion, Illinois 62959-1000,

*Plaintiff,*

v.                                                                  Civil Action No. 21-2554

KATHY HILL, et al.,
Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Room 936 HOLC Building
Washington, DC 20534,

*Defendants*.

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Pursuant to 28 U.S.C. § 1442, Defendants, by and through undersigned counsel,[1] hereby respectfully file this Notice of Removal of the Complaint originally filed in the District of Columbia Superior Court by Tommy Lee Waugh ("Plaintiff"). In support of this Notice, the following facts are relied upon:

1.    Defendants are in receipt of a Summons and Complaint in the case of *Tommy Lee Waugh v. Kathy Hill, et al.,* Case No. 2021 002097 B filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"). Plaintiff's Complaint seems to object to

---

[1]    The Individual Defendants in this lawsuit are sued in both their individual and official capacities. Undersigned counsel currently only represents them in their official capacities, as their requests for Department of Justice Representation are currently pending. *See* 28 C.F.R. § 50.15. Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, including, but not limited to, insufficient service of process, lack of jurisdiction, and immunity from suit.

limits on his access to notary services.  A copy of the Summons and Complaint are attached hereto as **Exhibit 1.**

2.    Defendants Kathy Hill, Intelligence Research Specialist; Dan Sproul, Warden; Jole Clair, Associate Warden; Katherine Siereveld and Tracy Knutson, CLC Attorneys; Michael Carvajal, Director of Federal Bureau of Prisons; Eugene Baime, Supervisory Attorney; Andre Matevousian, Assistant Director; David Brewer, Branch Chief; Renee Brinker Fornshill, Deputy Associate General Counsel; Michael Frazier and Richard Winter, Regional Counsel; Kenneth Hyle, Assistant Director; Barbara Von Blanckensee, former Regional Director (retired); Guy Pagli, Former Chief (retired); Miranda Faust, Administrator; Hazma Boussag and Russell Wyatt, Intelligence Analysts; Kurt Rushing, Case Manager; Melissa Wallace, Associate Warden's Secretary; and Melissa Schreiber, Executive Assistant, are officers or acting under officers of the United States pursuant 28 U.S.C. § 1442(a)(1).

3.    On the basis of the Complaint and other available information, Brian P. Hudak, Acting Chief of the Civil Division , United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Defendants Kathy Hill, Intelligence Research Specialist; Dan Sproul, Warden; Jole Clair, Associate Warden; Katherine Siereveld and Tracy Knutson, CLC Attorneys; Michael Carvajal, Director of Federal Bureau of Prisons; Eugene Baime, Supervisory Attorney; Andre Matevousian, Assistant Director; David Brewer, Branch Chief; Renee Brinker Fornshill, Deputy Associate General Counsel; Michael Frazier and Richard Winter, Regional Counsel; Kenneth Hyle, Assistant Director; Barbara Von Blanckensee, former Regional Director (retired); Guy Pagli, Former Chief (retired); Miranda Faust, Administrator; Hazma Boussag and Russell Wyatt, Intelligence Analysts; Kurt Rushing, Case Manager; Melissa Wallace, Associate Warden's Secretary; and Melissa

2

Schreiber, Executive Assistant, are federal employees who were acting within the scope of their respective offices or employment at the time of the allegations giving rise to the Complaint. *See* Cert. of Brian P. Hudak, attached hereto as **Exhibit 2**.

4.      Plaintiffs' claims are those over which the District Court has original jurisdiction because the action is brought against an agency of the United States.  Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court.

Dated: September 30, 2021                     Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

BRIAN P. HUDAK
Acting Civil Chief

By:  */s/ Stephen DeGenaro*
STEPHEN DEGENARO
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for the United States of America*